UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
2008 AUG 19 AM 11:20
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>Andres PASQUAL-Mateo,<br><br>　　　　Defendant | Magistrate Docket No.<br><br>**'08 MJ 2560**<br><br>COMPLAINT FOR VIOLATION OF:<br><br>Title 8, U.S.C., Section 1326<br>Deported Alien Found in the<br>United States |

The undersigned complainant, being duly sworn, states:

On or about **August 18, 2008** within the Southern District of California, defendant, **Andres PASQUAL-Mateo,** an alien, who previously had been excluded, deported and removed from the United States to **Mexico**, was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

_____
SIGNATURE OF COMPLAINANT
James Trombley
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **19th** DAY OF **AUGUST 2008**

_____
Barbara L. Major
UNITED STATES MAGISTRATE JUDGE

CONTINUATION OF COMPLAINT:
Andres PASQUAL-Mateo

## PROBABLE CAUSE STATEMENT

At approximately 12:30 a.m. on August 18, 2008, Border Patrol Agent S. Stopper responded to the activation of a seismic intrusion device Northeast of the Port of Entry in Tecate, California. Upon arriving in the area, Agent Stopper noticed several sets of footprints. Agent Stopper followed the footprints encountered three subjects that were attempting to hide in brush. Agent Stopper identified himself as a United States Border Patrol Agent and questioned each of the individuals as to their citizenship and nationality. Each subject, including one later identified as the defendant **Andres PASQUAL-Mateo**, admitted that he was a citizen and national of Mexico without any immigration documents that would allow him to enter or remain in the United States legally. At approximately 1:30 a.m Agent Stopper placed all three under arrest and transported them to the processing facility in Tecate, California.

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to **Mexico on July 16, 2008 through San Ysidro, California**. These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.

The defendant was advised of his Miranda rights and stated that he understood his rights and that he was willing to speak without the presence of a lawyer. The defendant again freely admitted to being a citizen of Mexico previously ordered removed without permission to legally re-enter the United States. He stated his intended destination was Escondido, California.