1  **JENNIFER L. COON**
   California State Bar No. 203913
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, California 92101-5008
   Telephone: (619) 234-8467
4  Email: Jennifer_Coon@fd.org

5  Attorneys for Defendant

6

7

8                   UNITED STATES DISTRICT COURT

9              FOR THE SOUTHERN DISTRICT OF CALIFORNIA

10                  (HONORABLE BARBARA L. MAJOR)

11 UNITED STATES OF AMERICA,        )   CASE NO. 08MJ2560
                                    )
12         Plaintiff,                )
                                    )
13 v.                                )
                                    )   **NOTICE OF APPEARANCE**
14 ANDRES PASQUAL-MATEO,            )
                                    )
15         Defendant.                )
                                    )
16 _____

17         Pursuant to implementation of the CM/EMF procedures in the Southern District of
18 California, Jennifer L. Coon, Federal Defenders of San Diego, Inc., files this Notice of Appearance as lead
19 attorney in the above-captioned case.

20                                          Respectfully submitted,

21

22 Dated: August 25, 2008              /s/ *JENNIFER L. COON*
                                       Federal Defenders of San Diego, Inc.
23                                      Attorneys for Defendant
                                       Jennifer_Coon@fd.org
24

25

26

27

28

**CERTIFICATE OF SERVICE**

      Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

      Courtesy Copy to Chambers

      Copy to Assistant U.S. Attorney via ECF NEF

Dated: August 25, 2008                        /s/ *JENNIFER L. COON*
                                                Federal Defenders of San Diego, Inc.
                                                225 Broadway, Suite 900
                                                San Diego, CA 92101-5030
                                                (619) 234-8467 (tel)
                                                (619) 687-2666 (fax)
                                                Jennifer_Coon@fd.org (email)